UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re GLENN D. GALLOT,<br><br>        Plaintiff. | Case No. 22-cv-03056-CRB  (PR)<br><br>**ORDER OF DISMISSAL** |

    On May 25, 2022, the clerk filed a letter from plaintiff as a new civil action by a prisoner and notified him in writing that the action was deficient because plaintiff did not file an actual complaint or pay the requisite $402.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within 28 days would result in dismissal of the action.

    More than 28 days have elapsed; however, plaintiff has not provided the court with the requisite items or sought an extension of time to do so. The action accordingly is DISMISSED without prejudice.

    The clerk is instructed to close the file.

    **IT IS SO ORDERED**.

Dated: June 28, 2022

CHARLES R. BREYER
United States District Judge